## Commonwealth *v.* Garcia, Appellant.

Submitted March 19, 1973. *George T. Guarnieri*, for appellant; *James T. Ranney* and *Mil-*

718

*ton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.